## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

SOUTH BEACH SKIN CARE, INC. a
Florida Corporation and LIFECELL IP
HOLDINGS, LLC, a Florida Limited
Liability Company

                Plaintiffs,

vs.

EVENT FASHION FOOTWEAR, INC.,
d/b/a EVENT FASHION LLC, a New
York corporation, D & J SKY SHOP, INC.
a New York corporation and GLOBAL
PRIME DIRECT, LLC a Massachusetts
corporation,

                Defendants.

**Case No. 21-cv-3135-DG-LB**

**NOTICE OF MOTION FOR
ALTERNATIVE SERVICE OF PROCESS
VIA EMAIL**

/

 

Plaintiffs, SOUTH BEACH SKIN CARE, INC. a Florida Corporation and LIFECELL IP

HOLDINGS, LLC, a Florida Limited Liability Company (collectively "**Plaintiffs**" or

"**LIFECELL**"), hereby give NOTICE of filing MOTION FOR ALTERNATIVE SERVICE OF

PROCESS VIA EMAIL on Defendant, D & J SKY SHOP, INC.

The motion, memorandum and supporting affidavits are filed herewith and sent, via ECF

registered Defendants, EVENT FASHION FOOTWEAR, INC., d/b/a EVENT FASHION LLC, a

and GLOBAL PRIME DIRECT, LLC.

Dated:    Aug. 9, 2021.        Respectfully submitted,

By:   */s/RobertKain*
Robert C. Kain, Jr., Esq. (NY 1923374)
RKain@ConceptLaw.com
CONCEPT LAW GROUP, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Florida 33309
Telephone:    754-300-1500
Facsimile:    754-300-1501

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __Aug 9 _____, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record registered in the ECF system for this case, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/RobertKain
Robert C. Kain, Jr., Esq.     (NY 1923374)