# THE LAW OFFICES OF JOSHUA BRONSTEIN & ASSOCIATES, PLLC

114 Soundview Drive

Port Washington, NY 11050

516-698-0202

Jbrons5@yahoo.com

September 8, 2021

To: Honorable Magistrate Judge Sanket J. Bulsara
 U.S. District Court E.D. New York
 225 Cadman Plaza East
 Brooklyn, N.Y. 11201

Re: South Beach Skin Care, Inc. et. Al. v. Event Fashion Footwear, Inc. et. al.
 <u>Case no. 1:21-cv-03135-DG-SJB, EDNY</u>

Dear Magistrate Judge Sanket J. Bulsara:

 I am writing to the Honorable Court as counsel for Defendant Event Fashion Footwear, Inc. and in response to the Honorable Court's directive for me to submit a letter to the Court explaining the reason I did not appear on September 2nd at 11:00 a.m. before the Court for the initial scheduling Conference.

 I mis-calendared the appearance for 11:30 a.m. on September 2nd. I called the Court around 11:30 a.m on that date and I was advised by the Court that the Conference will be re-scheduled and I will receive a new date.

 I apologize for any inconvenience I caused and I will promptly appear at the re-scheduled Court Date for the Conference.

 Please do not hesitate to contact me with any questions or concerns.

         By: <u>/S/ Joshua Bronstein</u>
           Joshua Bronstein, ESQ.
           Counsel for Defendant Event

Certification of Service: I, Joshua Bronstein, certify on September 8, 2021, that the foregoing was filed via the CM/ECF system and copies were served on counsel of record via the CM/ECF system.