

**Baruch S. Gottesman**
Attorney and Counselor at Law

January 18, 2022

**Via ECF**
The Hon. Magistrate Judge Sanket J. Bulsara
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Chambers 304N
Brooklyn, NY 11201

      Re:    Request for Virtual Attendance
                by Counsel and Party at January 27, 2022 Settlement Conference in
                South Beach Skin Care, Inc., et ano. v. Event Fashion Footwear, Inc., et al.
                E.D.N.Y. Index No. 1:21-cv-03135-DJ-SJB

Your Honor:

      I have the honor to represent D & J Sky Shop, Inc., named as a Defendant in the matter of South Beach Skin Care, Inc., et ano. *v.* Event Fashion Footwear, Inc., et al., Index No. 1:21-cv-03135-DJ-SJB. As I understand it, this matter currently scheduled for an in-person Settlement Conference before your Honor on January 27, 2022 at 2:30 P.M. (*See* ECF unnumbered docket entry dated October 21, 2021).

      A family member who does not live with us, but with whom I have been close contact (as defined by the EDNY Visitor Questionnaire) is "presumed" positive for COVID, though they have tested negative on at-home test and while we wait a more official result from the pharmacy.

      Out of an abundance of caution and for the protection of the Court and its staff, as well as the Parties, I respectfully request that my client and I be permitted to attend the settlement conference virtually through Microsoft Teams another application that will allow us to participate fully but will not require my personal appearance at the Courthouse.

      My client looks forward to the opportunity to discuss a potential settlement and to do so safely through Microsoft Teams or another virtual means. Thank you for your consideration of this request.

                                                  RESPECTFULLY SUBMITTED,

                                                  Baruch S. Gottesman, Esq.

*Served via ECF on all appearing parties*